**Opinion issued April 10, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00219-CV

_____

## IN RE YUCOB RYLANDER, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Yucob Rylander has filed a petition for writ of mandamus, requesting that we compel the trial court to rule on his Motion To Set Aside Settlement Agreement.[1]

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.

---

[1] The underlying case is *Yucob Rylander v. Archer Systems LLC and Brent Coon and Associates*, cause number 2025-006681, pending in the 270th District Court of Harris County, the Honorable Dedra Davis presiding.